```
 1  ALTMAN & RAY LLP
    SARA SMITH RAY, ESQ.  Bar No. 140564
 2  sray@altmanray.com
    20700 Ventura Boulevard, Suite 128
 3  Woodland Hills, CA 91364
    Telephone: (818) 907-6900
 4  Facsimile: (818) 907-6906

 5  Attorneys for Plaintiff
    JUDITH LOURENE SILVERS
 6
    SEDGWICK, DETERT, MORAN & ARNOLD LLP
 7  BRUCE D. CELEBREZZE  Bar No. 102181
    bruce.celebrezze@sdma.com
 8  DEAN J. MCELROY  Bar No. 213132
    dean.mcelroy@sdma.com
 9  MICHELLE Y. MCISAAC  Bar No. 215294
    michelle.mcisaac@sdma.com
10  One Market Plaza
    Steuart Tower, 8th Floor
11  San Francisco, California 94105
    Telephone: (415) 781-7900
12  Facsimile: (415) 781-2635

13  Attorneys for Defendant
    HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
14
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH LOURENE SILVERS,<br><br>  Plaintiff,<br><br>  v.<br><br>THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, and DOES 1 through 100, inclusive,<br><br>  Defendants. | CASE NO. 1:07-CV-00781-AWI-DLB<br><br>**STIPULATION THAT ACTION IS GOVERNED BY ERISA AND FOR FILING OF FIRST AMENDED COMPLAINT;** <br>☐ **ORDER** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the California Correctional Peace Officers Association Benefit Trust Health and Welfare Plan's ("the Plan") accidental death and dismemberment benefit for retirees ("Retiree AD&D Benefit"), and the Hartford Life and Accident Insurance

1 | Company ("Hartford") group insurance policy insuring the Plan's Retiree AD&D Benefit,
2 | through which Plaintiff seeks to recover benefits in this action, is an employee welfare benefit
3 | plan governed by the Employee Retirement Income Security Act of 1974 ("ERISA").

4 |     IT IS FURTHER STIPULATED that Plaintiff may file a First Amended Complaint
5 | asserting an ERISA cause of action for recovery of Plan benefits pursuant to 29 U.S.C. §
6 | 1132(a)(1). Hartford is not a proper party under 29 U.S.C. § 1132(a)(1). See *Ford v. MCI*
7 | *Communications Corp. Health and Welfare Plan*, 399 F.3d 1076 (9th Cir. 2005). The parties
8 | agree that Hartford will be dismissed without prejudice from this action. A copy of Plaintiff's
9 | First Amended Complaint is filed herewith as Exhibit A.

10 | DATED: December 19, 2007    ALTMAN & RAY

13 | By: _____
14 | SARA SMITH RAY
     | Attorneys for Plaintiff
     | JUDITH LOURENE SILVERS

16 | DATED: December 17, 2007    SEDGWICK, DETERT, MORAN & ARNOLD LLP

19 | By: _____
     | MICHELLE Y. MCISAAC
20 | Attorneys for Defendant
     | HARTFORD LIFE AND ACCIDENT
21 | INSURANCE COMPANY

1 ORDER

2   Pursuant to the stipulation of the parties that this action is governed by the Employee
3 Retirement Income Security Act of 1974 ("ERISA"), plaintiff Judith Lourene Silvers' request to
4 file a first amended complaint alleging an ERISA cause of action is GRANTED. Plaintiff may
5 file the proposed First Amended Complaint, as attached to the parties' stipulation.

6   IT IS SO ORDERED.

7

8 DATED: December 20, 2007        /s/ Dennis L. Beck
                                 UNITED STATES MAGISTRATE JUDGE